ERIC J. BROWN
#1570332 7I-57T
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102

82,904-01

MOTION DENIED
DATE: 3·25-15
BY: PC

MARCH 18, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
    OF TEXAS
Abel ACOSTA, CLERK
  P.O. Box 12308 CAPITOL STATION
  AUSTIN, TEXAS 78711

SUBJECT: STATE OF TEXAS V. ERIC BROWN
TR. CT. NO. 08-11-222-CRW-A ; WR-82,904-01

GREETINGS! MAY God be with You ...

PLEASE STAMP/DATE, FILE THIS ISSUE INTO THE APPROPRIATE
COURT. THANK You IN ADVANCE FOR YOUR ASSISTANCE.

RESPECTFULLY
Eric J. Brown

# COURT OF CRIMINAL APPEALS

EX PARTE
ERIC J. BROWN

TR. CT. NO: 08-11-222-CRW-A
C.C.A. NO: WR-82,904-01

## REQUEST OPINIONS, PUBLICATION AND CITATIONS MOTION FOR REHEARING AND RECONSIDERATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES EX PARTE, PRO-SE ERIC J. BROWN, TDCJ-ID # 1570332, CURRENTLY INCARCERATED AT THE WILLIAM G. MC CONNELL UNIT 3001 S. EMILY dR. BEEVILLE, TEXAS 78102.

### I.

IT IS THE HUMBLE REQUEST OF THIS APPELLANT THIS HONORABLE COURT GRANT THIS APPELLANT "REQUESTED OPINIONS, PUBLICATIONS AND CITATIONS" IN ACCORDANCE WITH RULE 47.1, 47.2 AND RULE 49 "MOTION FOR REHEARING AND RECONSIDERATION" PER TEXAS RULES OF APPELLATE PROCEDURE, STANDARDS FOR APPELLATE CONDUCT. APPELLANT WILL SHOW THE FOLLOWING, MAY IT PLEASE THE COURT

### II

RULE 47.1 OF "OPINIONS, PUBLICATIONS AND CITATIONS; WRITTEN OPINION" STATES: COURT OF APPEALS MUST HAND DOWN WRITTEN OPINION THAT IS AS A BRIEF, AS PRACTICABLE THAT ADDRESSES EVERY ISSUE RAISED AND NECESSARY FOR A FINAL DISPOSITION OF THE APPEAL.

RULE 47.2 "DESIGNATION AND SIGNING OF OPINIONS - PARTICIPATING JUSTICES": CRIMINAL CASE:

OPINION OF THE COURT MUST BE DESIGNED EITHER AS AN "OPINION" OR A "MEMORANDUM OPINION"

### III.

ON MARCH 17, 2015 APPELLANT RECEIVED "WHITE CARD" IN AND FOR THE ABOVE STYLED CAUSE NUMBERS. "COURTS RESPONSE";
"THIS IS TO ADVISE THAT THE COURT HAS DENIED WITHOUT WRITTEN

ORDER THE APPLICATION FOR WRIT OF HABEAS CORPUS.

## PRAYER

WHEREFORE ALL PREMISES CONSIDERED APPELLANT PRAYS
THIS HONORABLE COURT SHALL GRANT THE "REQUEST OF OPINIONS
PUBLICATION, AND CITATIONS. ALSO MOTION FOR REHEARING AND
CONSIDERATION," IN ACCORDANCE WITH RULES 47.1 AND 47.2 OF
TEXAS RULES OF APPELLATE PROCEDURE.

RESPECTFULLY SUBMITTED,

*Eric J Brown*

EXECUTED ON THIS 18th day OF
MARCH 2015

## INMATE UNSWORN DECLARATION

I ERIC J. BROWN TDCJ-ID #1570332 HEREAFTER DECLARES
I AM PRESENTLY INCARCERATED AT THE WILLIAM G. McCONNELL UNIT
3001 S. EMILY dr. BEEVILLE, TEXAS 78102. I FURTHER DECLARES
UNDER THE LAWS AND PENALTY'S OF PERJURY OF THIS STATE THAT
ALL STATEMENTS AND FACTS ARE TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE SO HELP ME God.

EXECUTED ON THIS 18th day OF
MARCH 2015

*Eric J Brown*
ERIC J. BROWN
#1570332    7I-57T
McCONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102